## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### SUBPOENA

**District of Columbia**

Vs.

Anthony Kirby

Case No. 2025 CTF 014817

To Chief Richard MacCauley, or his designated organizational witness, USSS Uniform Division HQ

950 H Street, NW Washington, D.C. 20001 (serve 2005 Downshire Ct. Waldorf MD 20603)

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom 310 of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the 16th day of

June , 2026 , at 0930 a.m. ███ s a witness for

Defense

and bring with you The documents requested in the attachment concerning the stop and arrest authority outside the grounds of the White House, Eisenhower Execut. Office Bldng., and Treasury Bldng.; stop and arrest authority for violations of DC traffic regs. and offenses brought in the name of DC under 23-101. Also and do not depart from the Court without leave thereof. the USSS SOP for Inventory Searches and Training records

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this

_____ day of _____ , 20 _____ .

Officer in Charge _____ District _____

*hn Martorana*

Att ___, r _____ efendant
Phone No. _____

(571) 381-2525

Authorization as required by D.C. Code s 14-307 and *Brown v. U.S.*, 567 A.2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records

_____ _____
Date                          Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:** _____

I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

Name and Title of Individual Served | Address (if different than shown above)

I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason (s) as shown in "REMARKS."

Date(s) of Endeavor 4/23/26  4/24/26 | Date  nd Ti ne of Service  4 24 26 10' pm

REMARKS  Served in person | Sig  _____ CJA Investigator

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL AND TRAFFIC DIVISION**

DISTRICT OF COLUMBIA       )
                              )
                              )      2025-CTF-014817
                              )      Courtroom 310
v.                            )      TRIAL: June 16, 2026
                              )
                              )
                              )
ANTHONY KIRBY           )
                              )

## <u>SUBPOENA ATTACHMENT</u>

Directed to Richard MacCauley Chief, Headquarters, United States Secret Service, Uniformed Division, 950 H Street, N.W., Washington, D.C. 20001 (serve to 2005 Downshire Ct. Waldorf, MD 20603). As noted in the subpoena, you are a witness for the defense at trial in the above-captioned case on June 16 2026, in Courtroom 310, in the Superior Court of the District of Columbia, 500 Indiana Avenue N.W. Washington D.C. 20001. On the day of trial, please bring:

1. After the August 5 1997 enactment of D.C. Code § 5-133.17, all documents, including but not limited to, orders, internal orders memoranda, directives, showing or discussing or relating to the patrol area and authority for the United States Secret Service-Uniformed Division to enforce in emergency and non-emergency situations alike, the District of Columbia traffic regulations and arrest individuals for offenses solely against the District of Columbia and brought in the name of the District of Columbia outside the following borderline:

   A. Outside the property line before the Eastern-most side of the sidewalk on the east-side of 17th Street, N.W. extending from Constitution Avenue, N.W. northbound to H Street, N.W.; and

   B. Outside the property line before the Southern-most side of the sidewalk on the south-side of H Street, N.W., extending from 17th Street, N.W. east-bound to the curb of the Western-most sidewalk on Madison Place, N.W.; and

C. Outside the curb of the Western-most sidewalk bordering H Street, N.W., extending south-bound on Madison Place, N.W., outside the property line of the United States Court of Federal Claims on Pennsylvania Avenue, N.W.; and

D. Outside the property line to the United States Court of Federal Claims on the northwestern-most corner of Madison Place, N.W. and Pennsylvania Avenue, N.W., extending east-bound to the Western-most corner before the Western-most sidewalk on 15th Street, N.W. (where Pennsylvania Avenue, N.W., intersects with 15th Street, N.W., and the property line to the Milken Center, also known at American Security and Trust Company Building); and

E. Outside the property line before the Western-most sidewalk on 15th Street, N.W., extending from the Milken Center southbound to Constitution Avenue, N.W.; and

F. Outside the property line before the northern-most sidewalk on Constitution Avenue, N.W., extending west-bound to before the eastern-most side of 17th Street, N.W.; and

2. After August 5, 1997, any cooperative agreements, memoranda of understanding, or any other agreement of like kind between the United States Secret Service-Uniformed Division and the Metropolitan Police Department (or any other law enforcement agency empowered by D.C. Code § 5-133.17) that expands the jurisdiction and authority of the United States Secret Service-Uniformed Division outside the boundaries listed above and/or expands the United States Secret Service Uniformed Division's stop authority to the commission of traffic violations under District of Columbia municipal traffic regulations (DCMR) and expands its arrest authority to the commission of any traffic offenses under Title 50, District of Columbia Code Annotated, brought solely in the name of the District of Columbia under D.C. Code § 23-101; and

3. The authority or citation that USSS-UD relies on to support its jurisdiction and authority to stop and arrest motorists for traffic offenses; and

4. The standard operating procedure and related documents, and training material for Officers for inventory searches conducted by Uniformed Officers of the USSS as required by: *South Dakota v. Opperman*, 428 U.S. 364 (1976); *Colorado v. Bertine*, 479 U.S. 367 (1987); and *Madison v. United States*, 512 A.2d 279 (D.C. 1981). Training proof for Officer Dustin Gomez (U16763), M. Kastroba (3136), and M. Curry (1245).

Respectfully,

*John Martorana*

John D. Martorana (571) 381-2525
D.C. Bar 500084
Counsel for Mr. Kirby